UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | |
|---|---|
| **Haley Alafair Payne,** as Personal Representative and Executrix of the Estate of Paul Michael Edward Payne, deceased,<br><br>　　　　Plaintiff,<br>　v.<br><br>**CSX Transportation, Inc.,**<br><br>　　　　Defendant. | Case No. 3:21-cv-1068<br><br>Judge Jeffrey J. Helmick |

## NOTICE OF DEPOSITION DUCES TECUM OF JOE PUPERI VIA VIDEOCONFERENCE

Defendant CSX Transportation, Inc., by and through counsel, hereby gives notice that it will take the deposition of Joe Puperi, commencing at 10:00 a.m. EST on Wednesday, June 28, 2023.

The deposition will be recorded stenographically by a court reporter who is authorized to administer oaths in Ohio. This deposition shall continue from day to day until completed.

The witness, court reporter and counsel for all parties will participate in this deposition by means of videoconference via Virtual Zoom at remote locations to the extent permitted by law.

Be advised that Joe Puperi is being requested to produce the following items and documents at the time of his deposition:

1. All materials reviewed by Mr. Puperi that relate to the *Payne* case;

2. Mr. Puperi's entire file, including any reports, notes or other recorded information created by Mr. Puperi relating to the *Payne* case; and,

3. Any medical literature or other materials reviewed or relied upon by Mr. Puperi relating to the *Payne* case.

18952385v1

Respectfully submitted,

/s/James R. Carnes
James R. Carnes (0070005)
Shumaker, Loop & Kendrick, LLP
1000 Jackson Street
Toledo, Ohio 43604
Telephone: (419) 24l-9000
Fax: (419) 241-6894
Email: jcarnes@shumaker.com
*Counsel for Defendant,*
*CSX Transportation, Inc.*

18952385v1

**CERTIFICATE OF SERVICE**

I hereby certify that the foregoing document was filed this 23rd day of June 2023, through the Court's Electronic Filing System. Parties will be served, and may obtain copies electronically, through the operation of the Electronic Filing System.

                                              */s/ James R. Carnes*
                                              James R. Carnes (0070005)
                                              Shumaker, Loop & Kendrick, LLP
                                              1000 Jackson Street
                                              Toledo, Ohio 43604
                                              Telephone:   (419) 241-9000
                                              Fax:              (419) 241-6894
                                              Email:          jcarnes@shumaker.com
                                              *Counsel for Defendant,*
                                              *CSX Transportation, Inc.*