UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
WESTERN DIVISION

Haley Alafair Payne,

                      Plaintiff,                      Case No. 3:21-cv-1068

     -vs-

                                            ORDER

CSX Transportation, Inc.,

                      Defendant.

On October 31, 2023, the parties indicated this case had settled, and I ordered they file a stipulated dismissal entry within sixty (60) days.  (Doc. No. 19).  More than sixty days have passed, and counsel has filed no such entry or request for an extension of time to do so.  Accordingly, I now order this case be marked "settled and dismissed without prejudice."  Any subsequent order setting forth different terms and conditions relative to the settlement and dismissal of this action shall supersede this Order.  The Court retains jurisdiction to vacate this Order and reopen the action upon cause shown that the settlement has not been completed and further litigation is necessary.  Alternatively, the Court retains jurisdiction to interpret or enforce, or both, the settlement agreement reached between the parties.

      So Ordered.

                                                  s/ Jeffrey J. Helmick
                                                  United States District Judge